ACCEPTED
03-14-00105-CR
6559272
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 11:20:35 AM
JEFFREY D. KYLE
CLERK



# HENRY GARZA

## DISTRICT ATTORNEY

27TH JUDICIAL DISTRICT OF TEXAS

BELL COUNTY

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/19/2015 11:20:35 AM
JEFFREY D. KYLE
Clerk

**PAUL R. MCWILLIAMS**
FIRST ASSISTANT
☆ ☆

**SEAN K. PROCTOR**
ASSISTANT

**C. DAVID EAKIN**
ASSISTANT

**MICHAEL WALDMAN**
ASSISTANT

**LESLIE MCWILLIAMS**
ASSISTANT

**BOB D. ODOM**
ASSISTANT

**STEPHANIE R. NEWELL**
ASSISTANT

**WM. NELSON BARNES**
ASSISTANT

**SHELLY STRIMPLE**
ASSISTANT

**TERRY CLARK**
ASSISTANT

**FRED BURNS**
ASSISTANT

**ANNE M. JACKSON**
ASSISTANT

**SUZANNE WOHLEB**
ASSISTANT

**JOHN ERSKINE**
ASSISTANT

☆ ☆

**BILLY L. CURRY**
CHIEF
CRIMINAL INVESTIGATOR

**GREG HOLLOWAY**
CRIMINAL INVESTIGATOR

**KARL ORTIZ**
CRIMINAL INVESTIGATOR

**MICHAEL SIMMONS**
CRIMINAL INVESTIGATOR

**BRIAN BOBE'**
CRIMINAL INVESTIGATOR

☆ ☆

**JILL A. MCAFEE**
VICTIM/WITNESS COORDINATOR

**DANA BETTGER**
VICTIM/WITNESS COORDINATOR

August 19, 2015

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

RE:     COA No. 03-14-00105-CR, Darrell Wayne Parker v. State

Attn:  Jeffery D. Kyle, Clerk

Dear Mr. Kyle:

In response to the Court's notification dated August 12, 2015 that it was requesting oral argument on September 2, 2015 at 9:00 a.m. in the above referenced case, this is to advise you that our office will appear and argue the case at that time.

The case will be argued on behalf of the State by Assistant District Attorney Nelson Barnes.

Sincerely,

/s/ *Bob D. Odom*

Bob D. Odom
Assistant District Attorney

BDO/dks

cc:     Ms. Erika Copeland
        Counsel for the Appellant

